Carolina T. Curbelo, Esq.
The Law Office of Carolina T. Curbelo, LLC
41 North Broad Street, 2nd Floor
Ridgewood, NJ 07450
Telephone: (201) 379-4040
Fax: (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
*Attorney for Petitioner*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Oswaldo ESTRADA ESTRADA,<br>　　　　　　　　　　　Petitioner,<br>v.<br>Luis SOTO, Warden, Delaney Hall Detention Facility, Ruben PEREZ, in his Official Capacity, Acting Director, Newark ICE Field Office, David VENTURELLA, in his Official Capacity, Acting Director, U.S. Immigration Control and Enforcement; Markwayne MULLIN, in his Official Capacity, Secretary, U.S. Department of Homeland Security (hereinafter "DHS"); Todd BLANCHE, the Acting Attorney General of the United States of America<br>　　　　　　　　　　　Respondents. | Case No.: **3:26-cv-08158-RK**<br><br>~~PETITION FOR WRIT OF HABEAS CORPUS~~<br><br>~~ORAL ARGUMENT REQUESTED~~ |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

1

26-8158

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner Oswaldo Estrada-Estrada, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned Petition for Writ of Habeas Corpus without prejudice. No respondent has served an answer, return, or motion for summary judgment, and no court order is required.

Respectfully submitted,

*/s/ Carolina Theresa Curbelo, Esq.*

Dated: July 24, 2026
Carolina Theresa Curbelo, Esq.
The Law Office of Carolina T. Curbelo, LLC
41 N. Broad Street, 2nd Floor
Ridgewood, New Jersey 07450
Tel. (201) 379-4040
Fax (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
Attorney for Petitioner

SO ORDERED

_____
Robert Kirsch, U.S.D.J.
Date: July 27, 2026

2

26-8158